| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| | DBiderman@perkinscoie.com |
| 2 | Thomas N. Abbott, Bar No. 245568 |
| | TAbbott@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 505 Howard Street, Suite 1000 |
| 4 | San Francisco, CA 94105-3204 |
| | Telephone: 415.344.7000 |
| 5 | Facsimile: 415.344.7050 |
| 6 | Attorneys for Defendant |
| | CALIBER HOME LOANS, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIANE STONE, | Case No. 2:18-cv-00536-JAM-DB |
| Plaintiff, | **ORDER RE STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |
| v. | |
| EQUIFAX, INC.; CALIBER HOME LOANS, INC.; and DOES 1 Through 100 inclusive, | *Stipulation to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) filed concurrently herewith* |
| Defendants. | |

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the above captioned matter is transferred to the United States District Court for the District of Oregon, Portland Division.

IT IS SO ORDERED.

Dated: May 7, 2018

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge